No. 112. Díaz Caneja v. Giménez.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en enero 28, 1907. Desestimada la apelación por incumplimiento de los artículos 50 y 54 del Reglamento de este tribunal. Abogado del promovente: Sr. Hernández López. Abogado de la parte contraria: Sr. Lassalle.

———

No. 113. Pérez v. Eugui & Co.—Apelación procedente de de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en enero 28, 1907. Desestimada la apelación por incumplimiento de los artículos 50 y 54 del Reglamento de este tribunal. Abogado del promovente: Sr. Eduardo Acuña. Abogado de la parte contraria: Sr. López Landrón.

———

No . 9. Ex Parte Rivera (a) Panchito.—Solicitud para que se expida mandamiento de habeas corpus. Resuelto en Enero 30, 1907. Denegada la solicitud. Abogado del peticionario: Sr. Cay. Coll y Cuchí.

———

No. 111. Bothwell v. San Juan Light & Transit Co.—Apelación procedente de la Corte de Distrito de San Juan. Solicitud para que se expida un auto de mandamus perentorio. Resuelto en febrero 4, 1907. Se revoca la resolución apelada y se ordena á la Corte de Distrito de San Juan, que expida un auto de mandamus condicional. Abogado del apelante: Sr. Antonsanti. La parte contraria no compareció.

———

No. 56. El Pueblo v. Vilches et al.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para eliminar del récord una relación de hechos. Resuelto en febrero 7,